448 A.2d 1164
Commonwealth v. Blose, Appellant.
Petition for Allowance of Appeal Denied Nov. 9, 1982.

578

Argued December 15, 1981.
Keith L. Kilgore, for appellant; William Thurston, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.